

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2014

No. 04-14-00137-CR

Billy Edward **GONZALEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 12-CR-615
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

The Clerk's Notification of Late Record is hereby GRANTED. The Clerk's record is due March 28, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court